IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEYLAN JENKINS, | ) | 4:13CV3138 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL L. KENNEY, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on correspondence from Petitioner dated June 13, 2014. Petitioner states in this correspondence that his "appeal was suppose[d] to be turned in by May 2, 2014," but he has been in segregation and is unsure if it was filed. (Filing No. 21.)

Petitioner is mistaken. No judgment has been entered in this case and the filing of any appeal would be premature. Rather, Petitioner's responsive brief was due May 2, 2014. (*See* text-only order dated April 16, 2014 ("Petitioner must submit his brief in response by May 2, 2014, in order for it to be considered by the court.").) Petitioner did not file his brief in response by May 2, 2014. (*See* Docket Sheet.) This matter is fully submitted for disposition, and the court will rule on the Petition for Writ of Habeas Corpus in its normal course of business.

IT IS THEREFORE ORDERED that: The clerks office is directed to term the motion event at Filing Number 21. The clerk's office is further directed to mail to Petitioner a copy of the Docket Sheet in this case.

DATED this 16th day of June, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.